MICHAEL DWYER, JR., an Infant, etc., Appellant, v. GABRIELE PELUSO, Respondent.— Motion for leave to appeal to the Appellate Division denied. Present — Lazansky, P. J., Young, Carswell and Davis, JJ.; Johnston, J., not voting.

In the Matter of the Application of BROOKLYN BAR ASSOCIATION in Respect of GEORGE A. OSTERGREN, an Attorney and Counselor at Law.— Matter referred to Hon. Norman S. Dike, official referee, to hear and to report with his opinion. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

AUGUST LAUER, Appellant, v. THE BAYSIDE NATIONAL BANK and Others, Respondents.— Motion for leave to appeal to the Appellate Division granted. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

EMILIE C. BREWSTER, Appellant, v. NEW YORK EVENING JOURNAL, INC., Respondent.*— In an action brought to recover damages for libel and for the use of plaintiff's portrait without her written consent, order denying plaintiff's motion for judgment and an assessment of damages because the answer was unverified affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ., concur.

HERBERT DONALD, Appellant, v. LOFT, INC., and Others, Respondents.— On argument, resettled order denying plaintiff's motion for leave to renew a prior motion for examination before trial and on such renewal to direct that the examination be held as to the superintendent of plants and the president of defendants Loft, Inc., and Mavis, Inc., reversed on the law and the facts, with ten dollars costs and disbursements, and motion granted, with ten dollars costs; examination to proceed on five days' notice. Appeal from original order dismissed. Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ., concur.

DORLAND REALTY CORPORATION, Respondent, v. ARVILLE M. TURNER and Others, Appellants.† ARVILLE M. TURNER, Appellant, v. EFFICIENT BUILDING CORPORATION and Others, Defendants; LOUIS F. MENTZ, Respondent.†— Order directing the receiver in the first action to pay to the plaintiff therein, or its attorneys, moneys collected by him and remaining in his hands, and order directing the receiver in the second action to pay to the respondent Louis F. Mentz, or his attorneys, moneys collected by him and remaining in his hands, affirmed, with ten dollars costs and disbursements on each appeal. No opinion. Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ., concur.